DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRIAN P. CEBALLO, State Bar #243828
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3911
Facsimile:      (415) 554-3837
E-Mail:          brian.ceballo@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO[1],
PAUL HENDERSON, BARBARA A. GARCIA
AND MARY IVAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESH NUTALL,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, SAN FRANCISCO DEPARTMENT OF POLICE ACCOUNTABILITY, PAUL HENDERSON, in his official capacity as Interim Executive Director of the San Francisco Department of Police Accountability, BARBARA A. GARCIA in her official capacity as Director of the San Francisco Department of Public Health, DOES 1 through 10 inclusive, and MARY IVAS, an individual,<br><br>   Defendants. | Case No. 18-cv-1258 SK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REMAND**<br><br>Trial Date:     February 11, 2020 |

---

[1] Erroneously sued as San Francisco Department of Public Health and San Francisco Department of Police Accountability. San Francisco Department of Public Health and San Francisco Department of Police Accountability are departments of the City and County of San Francisco, are not properly joined defendants because they do not have power to sue or be sued, and are not an independent public corporation. (See *Bauer v. County of Ventura*, 45 Cal.2d 276, 288-289 (1955); compare Gov. Code, §§ 23000, 23004(a).)

Stip and Order to Remand                                      1
Nutall v. CCSF, et al; USDC No. 18-cv-1258 SK

# RECITALS

1. On February 7, 2018, Plaintiff Department of Fair Employment and Housing ("DFEH") on behalf of Tanesh Nutall (real party in interest) filed a complaint against Defendants City and County of San Francisco – Department of Police Accountability, and Does 1 through 10, in the Superior Court in and for the City and County of San Francisco, Case No. CGC-18-564162.

2. On February 16, 2018, Plaintiff Tanesh Nutall filed a complaint against Defendants City and County of San Francisco, San Francisco Department of Public Health, San Francisco Department of Police Accountability, Paul Henderson, Barbara A. Garcia, and Mary Ivas, in the Superior Court in and for the City and County of San Francisco, Case No. CGC-18-564404.

3. On February 26, 2018, Defendants City and County of San Francisco, Paul Henderson, Barbara A. Garcia, and Mary Ivas ("Defendants") removed this case to federal court pursuant to 28 U.S.C. §§ 1331 and 1441, on grounds that the Complaint stated *federal* claims pursuant to 28 U.S.C. §1983 (for violation of Plaintiffs' federal constitutional rights) and *Monell v. Department of Social Services of the City of New York*, 436 U.S. 658 (1978).

5. Judicial and economic efficiency would be best served by remanding this case to state court, for consolidation and/or relation to the DFEH case (CGC-18-564162). Accordingly, following meet and confer on the matter, the parties agree that this action should be remanded to state court, and ask the Court to execute the following order remanding the matter to state court pursuant to 28 U.S.C. §1447.

# STIPULATION

For the foregoing reasons, the parties, through their undersigned counsel, stipulate and agree to entry of an order remanding this matter to the Superior Court of the State of California for the County of San Francisco.

Dated: December 7, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
BRIAN P. CEBALLO
Deputy City Attorney

By: /s/ Brian P. Ceballo
BRIAN P. CEBALLO

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, PAUL HENDERSON, BARBARA A. GARCIA AND MARY IVAS

Dated: December 7, 2018

TRANSGENDER LAW CENTER

By: /s/ Shawn T. Meerkamper
SHAWN THOMAS MEERKAMPER

Attorneys for Plaintiff
TANESH NUTALL

Dated: December 7, 2018

MORA EMPLOYMENT LAW

By: /s/ Beth W. Mora
BETH W. MORA

Attorneys for Plaintiff
TANESH NUTALL

# **ORDER**

GOOD CAUSE appearing therefore, it is HEREBY ORDERED pursuant to 28 U.S.C. §1447 that this action is remanded to the Superior Court of the State of California for the County of San Francisco. The clerk is instructed to close the file.

IT IS SO ORDERED.

Dated: Dec. 10, 2018

_____
THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE